PD-0763-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/2/2015 2:56:38 PM
Accepted 11/2/2015 3:42:40 PM
ABEL ACOSTA
CLERK

**Cause No. PD-0763-15**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| *Petitioner,* | § | |
| | § | **FROM THE** |
| | § | **FOURTH COURT OF** |
| **vs.** | § | **APPEALS** |
| | § | **SAN ANTONIO, TEXAS** |
| **DONALD HUFF,** | § | **04-13-00891-CR** |
| *Respondent.* | § | |

## MOTION FOR BOND PENDING APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, DONALD HUFF, Appellant in the above-styled and numbered cause, and pursuant to Texas Code of Criminal Procedure Article 44.04 requests that this Court grant him a bond pending his appeal:

**I.**

Appellant was tried and convicted by a jury in the 226th Judicial District Court and was sentenced by Judge Harle to 45 years in the Texas Department of Criminal Justice for the offense of felony murder. On April 8, 2015 the Fourth Court of Appeals reversed the case and remanded it for a new trial. The State filed a Motion for Rehearing which was denied on May 11, 2015. Subsequently, the State filed a Petition for Discretionary Review on July 9, 2015. This Court has not yet granted or refused the State's request for Discretionary Review.

Thus, pursuant to the Texas Code of Criminal Procedure Article 44.04(h)

Appellant requests that this Court set reasonable bail pending the final outcome of this matter. This was a felony murder where the underlying felony was driving while intoxicated 3rd or more. Bond was originally set on this case in the amount of $75,000.

WHEREFORE, DEFENDANT PRAYS that this Court grant him reasonable bail while the State's Petition for Discretionary Review is pending in this Court.

Respectfully submitted:

_____

DAYNA L. JONES
Bar No.  24049450
LAW OFFICE OF DAYNA L. JONES
1800 McCullough Avenue
San Antonio, Texas 78212
(210) 255-8525 office
(210) 223-3248 facsimile

Attorney for Defendant,
DONALD HUFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing document has been delivered *via* email to Bexar County Assistant District Attorney Nathan Morey at Nathan.morey@bexar.org on November 2, 2015.

_____

DAYNA L. JONES

**Cause No. PD-0763-15**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

| | | | |
|---|---|---|---|
| **STATE OF TEXAS,** | § | | |
| *Petitioner,* | § | | |
| | § | **FROM THE** | |
| | § | **FOURTH COURT OF** | |
| **vs.** | § | **APPEALS** | |
| | § | **SAN ANTONIO, TEXAS** | |
| **DONALD HUFF,** | § | **04-13-00891-CR** | |
| *Respondent.* | § | | |

## ORDER ON DEFENDANT'S MOTION FOR BOND PENDING APPEAL

On November _____, 2015 came to be considered Defendant's Motion for Bond Pending Appeal pursuant to Texas Code of Criminal Procedure Article 44.04(h). After consideration it is the opinion of this Court that the Defendant is entitled to a bond pending appeal and the Appellant's Motion is GRANTED and bail is set at $_____.

_____
JUDGE PRESIDING